# Exhibit B

| | NYSCEF | **Document List** | |
|---|---|---|---|
| | Kings County Supreme Court | **Index #   523152/2018** | Created on:12/19/2018 02:19 PM |

Case Caption:   **RiseBoro Community Partnership Inc. f/k/a Ridgewood Bushwick Senior Citizens Council, Inc. v. SunAmerica Housing Fund No. 682 et al**

Judge Name:

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS<br>Summons | Processed | 11/15/2018 | Goldenberg, D. |
| 2 | NOTICE OF PENDENCY - *Corrected*<br>Notice of Pendency | Processed | 11/19/2018 | Goldenberg, D. |
| 3 | COMPLAINT<br>Verified Complaint | Processed | 11/15/2018 | Goldenberg, D. |
| 4 | AFFIDAVIT<br>Affidavit SLP Housing I, LLC | Processed | 11/28/2018 | Goldenberg, D. |
| 5 | AFFIDAVIT<br>Affidavit Sunamerica Housing Fund No. 682 | Processed | 11/28/2018 | Goldenberg, D. |
| 6 | AFFIDAVIT<br>Affidavit of Service 420 Stockholm Street Associates LP | Processed | 11/30/2018 | Goldenberg, D. |
| 7 | STIPULATION - TIME TO ANSWER<br>Stipulation extending time to answer, move, or otherwise respond to the Complaint | Processed | 12/12/2018 | Garcia-Paz, J. |