

**NIXON PEABODY LLP**
**ATTORNEYS AT LAW**

**NIXONPEABODY.COM**
**@NIXONPEABODYLLP**

**Juan Luis Garcia**
*Associate*
T (516)-832-7550
F (516)-832-7555
jgarcia@nixonpeabody.com

50 Jericho Quadrangle, Suite 300
Jericho, NY  11753

December 20, 2018

**Via ECF**
The Honorable Raymond J. Dearie
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: *Riseboro Community Partnership, Inc. v. SunAmerica Housing Fund 682, et al.*
      Civil Action No. 1:18-cv-07261

Your Honor:

  We represent defendants SunAmerica Housing Fund No. 682 ("SunAmerica") and SLP Housing I, LLC ("SLP") in the above-referenced action, which has been removed to this Court as of today from the Supreme Court of New York, County of Kings.  I write to request an order from the Court extending the time in which to answer, move against, or otherwise respond to the Complaint in this action from the date set by Fed. R. Civ. P. 81(c)—calculated as December 27, 2018—through and including January 31, 2019.  Plaintiff's counsel consents to this request.

Plaintiff, SunAmerica and SLP previously entered into a Stipulation in the state-court proceedings, filed on December 12, 2018, in which the parties agreed to extend the time to respond to the Complaint through January 31, 2019, in exchange for waiver of the defenses of inadequate service and lack of personal jurisdiction.  A copy of the stipulation is enclosed.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

/s/ *Juan Luis Garcia*

Juan Luis Garcia

cc:  All Counsel of Record (via ECF)

Encl.