UNITED STATES DISTRICT COURT
EASTERN DISCTRICT OF NEW YORK

| | |
|---|---|
| RISEBORO COMMUNITY PARTNERSHIP INC., formerly known as RIDGEWOOD BUSHWICK SENIOR CITIZENS COUNCIL, INC.,<br><br>        Plaintiff,<br><br> -against-<br><br>SUNAMERICA HOUSING FUND NO. 682, SLP HOUSING I, LLC, 420 STOCKHOLM STREET ASSOCIATES L.P.,<br><br>        Defendants. | **NOTICE OF MOTION**<br><br>Case No.: 18-cv-07261 (RJD) |

**SIRS:**

  **PLEASE TAKE NOTICE** that upon the attached affirmation of Brian J. Markowitz, dated January 22, 2019, the accompanying memorandum of law, and upon all prior papers and proceedings heretofore had herein, Plaintiff, RISEBORO COMMUNITY PARTNERSHIP INC., formerly known as RIDGEWOOD BUSHWICK SENIOR CITIZENS COUNCIL, INC, will move this Court, the Honorable Judge Raymond J. Dearie, U.S.D.J., in Room 10A S, United States Courthouse, 225 Cadman Plaza E, Brooklyn, New York 11201, on April 25th, 2019 at 12:00 p.m., or as soon thereafter as counsel can be heard, for an order pursuant to Rule 1447(c) of the Federal Rules of Civil Procedure remanding this action to the Supreme Court for the State of New York, Kings County.

Dated: New York, New York
   January 22, 2019

                   **GOLDSTEIN HALL PLLC**

                   /S/ Brian J. Markowitz
            By: **BRIAN J. MARKOWITZ, ESQ.**
               **DANIEL GOLDENBERG, ESQ.**
               Attorneys for Plaintiff
               *RISEBORO COMMUNITY PARTNERSHIP*
               *INC., formerly known as RIDGEWOOD*
               *BUSHWICK SENIOR CITIZENS*
               *COUNCIL, INC.*

2

        80 Broad Street, Suite 303
        New York, New York 10004
        Tel. (646) 768.4105
        Fax. (646) 219.2450

To:    **NIXON PEABODY LLP**
        Attorneys for Defendants
        *Sunamerica Housing Fund No. 682*
        *and SLP Housing I, LLC*
        50 Jericho Quadrangle, Suite 300
        Jericho, New York 17530
        Attn: Juan Luis Garcia, Esq.