

Client Focused. Results Driven.

March 25, 2019

**VIA ECF AND HAND DELIVERY**
HONORABLE RAYMOND J. DEARIE
UNITED STATES DISTRICT COURT JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: **Riseboro Community Partnership Inc., against SunAmerica Housing Fund No. 682, et al.**
      **Docket No. 18-cv-07261 (RJD)**
      **LETTER REGARDING COURTESY COPIES**

Hon. Judge Dearie:

   This office represents plaintiff in the above referenced action currently pending before your Honor. As required, please find enclosed the following courtesy copies representing copies of all documents filed in connection with Plaintiff's motion to remand this action to State Court, which is currently scheduled for oral argument on April 25, 2019:

- **Document 13** – Notice of Motion

  - **Document 13-1** – Declaration in Support of RiseBoro Community Partnership Inc.'s Motion to Remand to State Court

  - **Document 13-2** – Exhibit A – Verified Complaint

  - **Document 13-3** – Exhibit B – Notice of Removal

- **Document 13-4** – RiseBoro Community Partnership Inc.'s Memorandum of Law in Support of its Motion to Remand to State Court

- **Document 14** – Defendants' Memorandum of Law in Opposition to Plaintiff's Motion to Remand



Client Focused. Results Driven.

Hon. Raymond J. Dearie
Mar. 25, 2019
Page **2** of **2**

- **Document 15** – RiseBoro Community Partnership Inc.'s Memorandum of Law in further Support of its Motion to Remand to State Court

Very truly yours,

Brian J. Markowitz

**CC:**   Magistrate Judge Vera M. Scanlon
225 Cadman Plaza East
Brooklyn, NY 11201
(VIA ECF and HAND DELIVREY)

**CC:**   Ms. Ellen Mulqueen
Case Manager
225 Cadman Plaza East
Brooklyn, NY 11201
(VIA ECF and HAND DELIVREY)

**CC:**   Nixon Peabody LLP
Attn: Juan Luis Garcia, Esq.
Attorneys for Defendants
SunAmerica Housing Fund 682
and SLP Housing I, LLC's
(VIA ECF)

Goldstein Hall PLLC
New York City Office: 80 Broad Street, Suite 303, New York, NY 10004   **NYC** 646.768.4100
Hudson Valley Office: 271 North Avenue, Suite 310, New Rochelle, NY, 10801   **HV** 914.380.8793
Washington, DC Office: 1825 K St NW Suite 1100, Washington, DC 20006   **DC** 202.656.6136
**F** 646.219.2450   **E** info@goldsteinhall.com   **W** www.goldsteinhall.com