

**NIXON PEABODY LLP**
**ATTORNEYS AT LAW**

NIXONPEABODY.COM
@NIXONPEABODYLLP

**Juan Luis Garcia**
T 516-832-7550
jgarcia@nixonpeabody.com

50 Jericho Quadrangle
Suite 300
Jericho, NY  11753-2728
516-832-7500

April 24, 2019

*Via ECF*

Magistrate Judge Vera M. Scanlon
United States District Court, Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York  11201

      RE:    *Riseboro Community P'ship Inc. v. SunAmerica Housing Fund 682, et al.*
              No. 18-cv-07261 (RJD)
              **JOINT LETTER TO ADJOURN INITIAL CONFERENCE**

Dear Judge Scanlon:

This firm represents Defendants SunAmerica Housing Fund No. 682 ("SunAmerica") and SLP Housing I, LLC ("SLP").  Defendant 420 Stockholm Street Associates L.P. has not appeared in this action.  Plaintiff Riseboro Community Partnership, Inc. ("Riseboro"), SunAmerica and SLP jointly request that the Initial Conference, pursuant to Fed. R. Civ. P. 16, currently scheduled for April 26, 2019 at 10:30 a.m. be adjourned due to my inability to attend the conference as I will be attending jury duty in Kings County Supreme Court on this date.  Other attorneys from my firm who are involved in this matter are either not available or not admitted in this Court.

There was one previous request for an adjournment in this case on February 19, 2019 in which we requested the conference be adjourned until Judge Dearie issued a decision on Riseboro's motion to remand which is scheduled for oral argument on April 25, 2019. As we still do not yet have a decision and may not have one on the scheduled date of this conference, and due to my inability to attend, SunAmerica, SLP, and Riseboro believe it is appropriate in these circumstances to postpone the commencement of discovery and adjourn the Initial Conference date.

*Via ECF*
Magistrate Judge Vera M. Scanlon
April 24, 2019
Page 2

NIXON PEABODY LLP
ATTORNEYS AT LAW

NIXONPEABODY.COM
@NIXONPEABODYLLP

Alternative dates that the parties are available to attend are May 13, May 23, or May 24, 2019. Thank you for your understanding.

Respectfully submitted,

*/s/ Juan Luis Garcia*
    Juan Luis Garcia

**CC:**    Goldstein Hall PLLC
           Attorneys for Plaintiff