UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RISEBORO COMMUNITY PARTNERSHIP INC., formerly known as RIDGEWOOD BUSHWICK SENIOR CITIZENS COUNCIL, INC.,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　- against -<br><br>SUNAMERICA HOUSING FUND NO. 682; SLP HOUSING I, LLC; and 420 STOCKHOLM STREET ASSOCIATES L.P,<br><br>　　　　　　　　　　　Defendants. | Case No.: 18-cv-07261-RJD VMS<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that, Shelby Nace of the law firm of NIXON PEABODY LLP, hereby enters an appearance in this case on behalf of defendants *SunAmerica Housing Fund No. 682 and SLP Housing I, LLC*.

Dated: August 20, 2019
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　**NIXON PEABODY LLP**

　　　　　　　　　　　　　　　　　　　　　By: /s/ Shelby Nace
　　　　　　　　　　　　　　　　　　　　　Shelby Nace
　　　　　　　　　　　　　　　　　　　　　Tower 46
　　　　　　　　　　　　　　　　　　　　　55 West 46th Street
　　　　　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　　　　　(212) 940-3000
　　　　　　　　　　　　　　　　　　　　　snace@nixonpeabody.com