

Client Focused. Results Driven.

Daniel Goldenberg
(646) 768-4119
dgoldenberg@GoldsteinHall.com

September 25, 2019

**VIA PACER**
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
Attn: Magistrate Judge Vera M. Scanlon

Re:   Riseboro Community Partnership Inc. v.
SunAmerica Housing Fund No. 682 et al
Case No.: 18-cv-07261-RJD-VMS
REQUEST TO AMEND SCHEDULING ORDER AND TIME TO REPLY

Honorable Magistrate Judge Scanlon:

This office represents the Plaintiff in the above captioned action. By way of this letter Plaintiff respectfully requests that this Court grant the parties' mutually consented to amendments (as detailed below) to the August 21, 2019 Initial Scheduling Order (PACER Doc. 23). Further, the Plaintiff respectfully requests that this Court grant the parties' mutually consented extension for Plaintiff to reply or otherwise respond to Defendants' Counterclaims to on or before October 18, 2019.

The parties have agreed to extend the time for Automatic disclosures required by Rule 26(a)(1) of the FRCP to be completed to November 3, 2019 (Para. 2 of the Initial Scheduling Order). The parties have agreed to extend the time for initial document requests and interrogatories to be served to November 8, 2019 2019 (Para. 2 of the Initial Scheduling Order). Annexed hereto is a proposed amended Initial Scheduling Order.

Respectfully submitted,

S/  *Daniel Goldenberg*
Daniel Goldenberg (DG-1337)

CC:   To all Counsel via PACER