BEFORE JUDGE DEARIE
UNITED STATES DISTRICT JUDGE

DATE: **NOVEMBER 26, 2019**

*TIME IN COURT: 20 minutes*

CIVIL CAUSE PRE MOTION CONFERENCE

**CASE:** RISEBORO COMMUNITY -v- SUN AMERICA HOUSING
**DOCKET NUMBER: CV 18-7261 (RJD)**

COUNSEL FOR PLAINTIFF: BRIAN MARKOWITZ & DAVID GOLDSTEIN

COUNSEL FOR DEFENDANT: LOUIS DOLAN & SHELBY NACE

COURTREPORTER: *STACY MACE*

X  CASE CALLED FOR PRE MOTION CONFERENCE.
DISCUSSION HELD.
PARTIES AGREE UPON FOLLOWING BRIEFING SCHEDULE FOR ALL MOTIONS:
MOTIONS TO BE SERVED ON 1/17/2020
OPPOSITION TO BE SERVED ON 2/14/2020
MOTION WILL BE FULLY BRIEFED ON 2/14/2020. COUNSEL WILL ELECTRONICALLY FILE THEIR PORTION OF MOTION ON 2/18/2020 BY CLOSE OF BUSINESS.
COUNSEL ARE ADVISED TO FOLLOW THE COURT'S INDIVIDUAL MOTION PRACTICES. SHOULD COUNSEL HAVE ANY QUESTIONS, THEY ARE ADVISED TO CONFER WITH EACH OTHER AND JOINTLY PHONE MS. MULQUEEN AT 718-613-2435.
ORAL ARGUMENT IS SCHEDULED FOR 3/20/2020 AT 12:00PM.