**Record of Conference and Orders: Vera M. Scanlon, USMJ**     Date: <u>11/26/2019</u>

Case: <u>Riseboro Comty P'ship Inc. v. SunAm. Housing Fund No. 682 et al</u>     Status Conference @ 12:45 ~~AM~~ PM

1:18-cv-07261-RJD-VMS

**ECF Recording in 13A South:**          ☐ Telephone Conference          ☒ In-person Conference

1:06 – 1:39

**Counsel:** *(See separately docket entry or document for specific appearances)*

☒ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☒ Counsel for Defendant(s) ☐ Pro Se Defendant(s)

**Conference Type:**

☐ Initial Conference ☒ Status Conference ☐ Settlement Conference ☐ Motion Hearing ☒ Discovery Conference ☐
☐ JPTO Conference   ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record

☐ Rule 26(a) disclosures, incl. supplements

☐ Document requests to be served

☐ Interrogatories to be served

☐ Amended pleadings, incl. joinder          ☐ To be served     ☐ To be filed
    ☐ Complaint ☐ Answer                    ☐ On consent ☐ By motion ☐ By PMC letter

☐ Joint status letter ☐ Stip of dismissal to be filed

☐ Status conference               Date:            Time:
    ☐ In person ☐ Telephone (718) 613-2300   To be organized by:

☐ Specific depositions to be held

☐ Fact discovery closes

☐ Expert disclosures to be served

☐ Initial expert report(s) to be served

☐ Rebuttal expert report(s) to be served

☐ Expert discovery closes

☐ All discovery closes

☐ Joint letter confirming discovery is concluded

☐ Summary judgment to be initiated          ☐ PMC letter ☐ Briefing

☐ Joint pre-trial order to be filed         ☐ Letter for conference ☐ Proposed JPTO

☐ Proposed confidentiality order to be filed

☐ Consent to Magistrate Judge to be filed

☐ Settlement Conference                     Date:            Time:

Page <u>1</u> of <u>2</u>

**Vera M. Scanlon, USMJ**
**Conference Orders, Continued**

Case: Riseboro Comty P'ship Inc. v. SunAm. Housing Fund No. 682 et al     Civ.: 1:18-cv-07261-RJD-VMS
Date: 11/26/2019

**Additional Orders:**

Counsel have set a briefing schedule with Judge Dearie for the dispositive motion practice.

On consultation with the District Judge, discovery is stayed during the pendency of the motion.

Page 2 of 2