

Brian J. Markowitz
(646) 768-4127
bmarkowitz@GoldsteinHall.com

January 8, 2020

**[VIA ECF AND PERSONAL DELIVERY**
HONORABLE RAYMOND J. DEARIE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   **Riseboro Community Partnership Inc., against**
              **SunAmerica Housing Fund No. 682, et al.**
              **Docket No. 18-cv-07261 (RJD)**

Hon. Judge Dearie:

      This office represents Plaintiff and Third-Party Defendant in the above referenced action currently pending before your Honor. I am writing Your Honor with the consent of the attorneys for Defendants, to respectfully request an adjustment to briefing schedule for the framed limited issue briefing with respect to the meaning of the right of first refusal.

      Currently, the parties are scheduled to exchange briefs on January 17, and exchange opposition/reply briefs on February 14, and a hearing before Your Honor on March 20, 2020. We respectfully ask that the briefing schedule be modified as follows: opening briefs to be exchanged by the parties on **February 14, 2020**; opposition/reply briefs to be exchanged on **March 13, 2013**; and a hearing date of **April 3, 2020**.

      If these dates are acceptable to the Court, the Parties respectfully request that Your Honor grant the adjournment to the dates set forth above.

                    Respectfully submitted,

                    Brian J. Markowitz

CC:    Louis E. Dolan

Goldstein Hall PLLC
New York City Office: 80 Broad Street, Suite 303, New York, NY 10004
Hudson Valley Office: 175 Huguenot Street, Suite 229, New Rochelle, NY 10801
NYC 646.768.4100   HV 914.713.6402   F 646.219.2450   E info@goldsteinhall.com   W www.goldsteinhall.com