UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

RISEBORO COMMUNITY PARTNERSHIP INC.,
formerly known as RIDGEWOOD BUSHWICK
SENIOR CITIZENS COUNCIL, INC.,

Plaintiff,

- against -

SUNAMERICA HOUSING FUND 682, A
NEVADA LIMITED PARTNERSHIP; SLP
HOUSING I LLC; and 420 STOCKHOLM STREET
ASSOCIATES LP,

Defendants.

---

SUNAMERICA HOUSING FUND 682, A
NEVADA LIMITED PARTNERSHIP and SLP
HOUSING I LLC,

Third-Party Plaintiffs,

- against -

420 STOCKHOLM CORP.,

Third-Party Defendant.

---

Case No.: 18-cv-07261-RJD VMS

## NOTICE OF MOTION FOR SUMMARY JUDGMENT
## OF DEFENDANTS SUNAMERICA HOUSING FUND 682,
## A NEVADA LIMITED PARTNERSHIP AND SLP HOUSING I LLC

**PLEASE TAKE NOTICE** that, upon the Declaration of Shelby K. Nace, Esq., sworn to

on February 14, 2020, together with the exhibits attached thereto, the Local Rule 56.1 Statement

attached hereto, the accompanying Memorandum of Law, and all prior pleadings and proceedings

herein, Defendants SunAmerica Housing Fund 682, A Nevada Limited Partnership ("SHF") and

SLP Housing I LLC ("SLP") will move this Court, before the Honorable Raymond J. Dearie, at

the United States Courthouse for the Eastern District of New York, Brooklyn, New York, for an

Order, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, for

summary judgment on the Verified Complaint (ECF No. 3) of Plaintiff Riseboro Community Partnership Inc., in its entirety, on the grounds that there are no genuine issues of material fact to be tried, for summary judgment in favor of Defendants SHF and SLP on their Counterclaim for Declaratory Judgment (ECF No. 25), and for such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the briefing schedule set by the Honorable Raymond J. Dearie by Order dated November 27, 2019, as modified by the Court on January 10, 2020, the parties' initial papers must be served on or before February 14, 2020, and the parties' opposition papers, if any, must be served on or before March 13, 2020, and all briefs subsequently filed with the Court.

Dated: February 14, 2020
      New York, New York

Respectfully submitted,

**NIXON PEABODY LLP**

By:     */s/ Shelby K. Nace*
      Shelby K. Nace, Esq.
      Tower 46
      55 West 46th Street
      New York, New York 10036
      Tel: 212-940-3064
      Fax: 855-396-6293
      snace@nixonpeabody.com

      and

      Louis E. Dolan, Jr.
      799 9th Street, N.W., Suite 500
      Washington, DC 20001
      Tel: 202-585-8818
      Fax: 866-947-3760
      ldolan@nixonpeabody.com
      *Admitted Pro Hac Vice*

      *Attorneys for Defendants and Third-Party*
      *Plaintiffs SunAmerica Housing Fund 682,*
      *A Nevada Limited Partnership and SLP*
      *Housing I LLC*

To:    Brian J. Markowitz, Esq.
      Goldstein Hall PLLC
      80 Broad Street, Suite 303
      New York, NY 10004
      bmarkowitz@goldsteinhall.com
      *Attorneys for Plaintiff Riseboro*
      *Community Partnership, Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RISEBORO COMMUNITY PARTNERSHIP INC., formerly known as RIDGEWOOD BUSHWICK SENIOR CITIZENS COUNCIL, INC., <br><br> Plaintiff, <br><br> - against - <br><br> SUNAMERICA HOUSING FUND 682, A NEVADA LIMITED PARTNERSHIP; SLP HOUSING I LLC; and 420 STOCKHOLM STREET ASSOCIATES LP, <br><br> Defendants. | Case No.: 18-cv-07261-RJD VMS |
| SUNAMERICA HOUSING FUND 682, A NEVADA LIMITED PARTNERSHIP and SLP HOUSING I LLC, <br><br> Third-Party Plaintiffs, <br><br> - against - <br><br> 420 STOCKHOLM CORP., <br><br> Third-Party Defendant. | |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that on the 14th day of February a copy of the foregoing Notice of Motion for Summary Judgment with attached Local Rule 56.1 Statement, the Declaration of Shelby K. Nace, Esq. with attached exhibits, and the accompanying Memorandum of Law was served upon the following via email:

Brian J. Markowitz
Goldstein Hall PLLC
80 Broad Street, Suite 303
New York, NY 10004
bmarkowitz@goldsteinhall.com

**NIXON PEABODY LLP**

By: ____ */s/ Shelby K. Nace* _____
      Shelby K. Nace, Esq.
      Tower 46
      55 West 46th Street
      New York, New York 10036
      Tel: 212-940-3064
      Fax: 855-396-6293
      snace@nixonpeabody.com
      *Attorneys for Defendants and Third-Party*
      *Plaintiffs SunAmerica Housing Fund 682,*
      *A Nevada Limited Partnership and SLP*
      *Housing I LLC*