# Exhibit C



NIXON PEABODY LLP
ATTORNEYS AT LAW

NIXONPEABODY.COM
@NIXONPEABODYLLP

**Louis E. Dolan, Jr.**
*Partner*
T 202-585-8818
ldolan@nixonpeabody.com

Nixon Peabody LLP
799 9th Street NW
Suite 500
Washington, DC 20001-4501
202-585-8000

April 17, 2018

**<u>Via E-Mail and First Class Mail</u>**
David Goldstein, Esq.
Managing Partner
Goldstein Hall PLLC
80 Broad Street
Suite 303
New York, NY 10004

RE:   <u>420 Stockholm Street Associates L.P.</u>

Dear Mr. Goldstein:

      This firm represents SunAmerica Housing Fund 682, A Nevada limited partnership, and SLP Housing I, LLC, A Nevada limited liability company, in connection with the above-referenced Partnership. We have been asked to respond to your letter dated February 13, 2018 addressed to Michael Fowler, which my clients just received. Please be advised that the notice address to which your letter was delivered is no longer effective and Mr. Fowler is no longer with Sun America. Please direct all future communications regarding this matter to my attention.

      Your letter states that the General Partner intends to transfer the Partnership's fee interest in the Property located at 420 Stockholm Street, Brooklyn, New York (Block 3261, Lot 20) 30 days following the date of your letter. We trust that no such transfer has taken place to date as such a transfer would violate the terms of the Partnership Agreement, including without limitation my client's consent rights and the right of first refusal contained therein, as the General Partner was previously advised, as well as violate the General Partner's fiduciary duties under New York law. We will provide a more comprehensive response to your letter shortly.

      In the meantime, please advise me immediately if a transfer of the Partnership's Property has been effectuated.

      Thank you for your attention to these important matters.

Sincerely,

Louis E. Dolan, Jr.

4846-6963-7218.1