UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| RISEBORO COMMUNITY PARTNERSHIP INC., formerly known as RIDGEWOOD BUSHWICK SENIOR CITIZENS COUNCIL, INC., <br><br> Plaintiff, <br><br> v. <br><br> SUNAMERICA HOUSING FUND NO. 682; SLP HOUSING I, LLC; and 420 STOCKHOLM STREET ASSOCIATES L.P., <br><br> Defendants. | Case No. 1:18-CV-07261-RJD-VMS <br><br><br> **NOTICE OF APPEARANCE** |

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for the following amici:

1. MHANY Management Inc.
2. Gateway Housing
3. The Joint Ownership Entity New York City Corp.
4. Banana Kelly Community Improvement Association, Inc.
5. Fifth Avenue Committee, Inc.
6. Pratt Area Community Council, Inc.
7. Project Find, Inc.
8. Bedford Stuyvesant Restoration Corporation
9. Ascendant Neighborhood Development Corporation
10. Association for Neighborhood & Housing Development
11. The Supportive Housing Network of New York, Inc.
12. The Corporation for Supportive Housing, Inc.
13. Brooklyn Bureau of Community Service dba Brooklyn Community Services
14. West Side Federation for Senior and Supportive Housing
15. Housing Visions
16. YM & YWHA of Washington Heights and Inwood
17. Providence House
18. ACMH, Inc.
19. The Fortune Society
20. Lantern Community Services
21. Southside United HDFC — Los Sures

9403098.1

22. National Housing Trust
23. National Housing Law Project
24. The Women's Housing & Economic Development Corporation
25. Samaritan Daytop Village
26. WellLife Network
27. Phipps Houses
28. Breaking Ground
29. Regional Housing Legal Services
30. Harlem United
31. Selfhelp Community Services
32. Hudson River Housing
33. Services for the UnderServed Inc.
34. St. Nicks Alliance

I certify that I am admitted to practice in this court.

Dated:  New York, New York
        March 20, 2020

                                          CARTER LEDYARD & MILBURN LLP

                              By:  _____/s/ Judith A. Lockhart_____
                                        Judith A. Lockhart
                                        Two Wall Street
                                        New York, New York 10005
                                        (212) 238-8603
                                        (212) 732-3232 (fax)
                                        lockhart@clm.com

9403098.1