UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RISEBORO COMMUNITY PARTNERSHIP INC., formerly known as RIDGEWOOD BUSHWICK SENIOR CITIZENS COUNCIL, INC.,<br><br>                             Plaintiff,<br><br>- against -<br><br>SUNAMERICA HOUSING FUND 682, A NEVADA LIMITED PARTNERSHIP; SLP HOUSING I LLC; and 420 STOCKHOLM STREET ASSOCIATES LP,<br><br>                            Defendants.<br><hr>SUNAMERICA HOUSING FUND 682, A NEVADA LIMITED PARTNERSHIP and SLP HOUSING I LLC,<br><br>                         Third-Party Plaintiffs,<br><br>- against -<br><br>420 STOCKHOLM CORP.,<br><br>                         Third-Party Defendant. | Case No.: 18-cv-07261-RJD-VMS |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL *NUNC PRO TUNC***

**PLEASE TAKE NOTICE THAT** Defendants and Third-Party Plaintiffs SunAmerica Housing Fund 682, A Nevada Limited Partnership ("SunAmerica") and SLP Housing I LLC ("SLP"), by and through their attorneys Nixon Peabody LLP, hereby move this Court, pursuant to Local Rule 1.4, for leave to withdraw Juan Luis Garcia, Esq. *nunc pro tunc* from the representation of SunAmerica and SLP in the above-captioned matter.

Juan Luis Garcia, Esq. is no longer associated with Nixon Peabody LLP and is no longer representing SunAmerica and SLP, effective February 7, 2020. Plaintiff will not be harmed in any way by this withdrawal, as lead counsel for SunAmerica and SLP, Nixon Peabody LLP partner

Louis E. Dolan, Jr., admitted *pro hac vice*, continues to represent SunAmerica and SLP and has from the outset. Nixon Peabody LLP attorney Paul Dewey, who is a member of this Court's trial bar, will also continue to represent SunAmerica and SLP.

WHEREFORE, SunAmerica and SLP respectfully request that the Court grant their motion for leave to withdraw Juan Luis Garcia, Esq. *nunc pro tunc* from the representation of Defendants and Third-Party Plaintiffs in this matter, effective February 7, 2020.

Dated: September 1, 2020  
New York, New York

Respectfully submitted,

**NIXON PEABODY LLP**

By: ____*/s/ Paul Dewey*_____  
Paul Dewey  
Tower 46  
55 West 46th Street  
New York, New York 10036  
Tel: 212-940-3000  
Fax: 844-515-5773  
pdewey@nixonpeabody.com

and

Louis E. Dolan, Jr.  
799 9th Street, N.W., Suite 500  
Washington, DC 20001  
Tel: 202-585-8818  
Fax: 866-947-3760  
ldolan@nixonpeabody.com  
*Admitted Pro Hac Vice*

*Attorneys for Defendants and Third-Party Plaintiffs SunAmerica Housing Fund 682, A Nevada Limited Partnership and SLP Housing I LLC*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RISEBORO COMMUNITY PARTNERSHIP INC., formerly known as RIDGEWOOD BUSHWICK SENIOR CITIZENS COUNCIL, INC.,<br><br>                             Plaintiff,<br><br>- against -<br><br>SUNAMERICA HOUSING FUND 682, A NEVADA LIMITED PARTNERSHIP; SLP HOUSING I LLC; and 420 STOCKHOLM STREET ASSOCIATES LP,<br><br>                             Defendants.<br><br>SUNAMERICA HOUSING FUND 682, A NEVADA LIMITED PARTNERSHIP and SLP HOUSING I LLC,<br><br>                             Third-Party Plaintiffs,<br><br>- against -<br><br>420 STOCKHOLM CORP.,<br><br>                             Third-Party Defendant. | Case No.: 18-cv-07261-RJD-VMS |

## [PROPOSED] ORDER GRANTING MOTION FOR
## LEAVE TO WITHDRAW AS COUNSEL *NUNC PRO TUNC*

This matter coming to be heard on the Motion of Nixon Peabody LLP for leave to withdraw Juan Luis Garcia, Esq. *nunc pro tunc* as counsel for Defendants and Third-Party Plaintiffs SunAmerica Housing Fund 682, A Nevada Limited Partnership and SLP Housing I LLC.

**IT IS HEREBY ORDERED** that the instant motion is granted, and Juan Luis Garcia, Esq.'s appearance in the above-captioned matter is hereby withdrawn, effective February 7, 2020.

DATED:

                                                                                     _____
Hon. Raymond J. Dearie
United States District Court
Eastern District of New York