UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------x
```
RISEBORO COMMUNITY PARTNERSHIP INC.,
formerly known as RIDGEWOOD BUSHWICK
SENIOR CITIZENS COUNCIL, INC.,

        Plaintiff,

   - against –

SUNAMERICA HOUSING FUND 682, A NEVADA
LIMITED PARTNERSHIP; SLP HOUSING I LLC;
and 420 STOCKHOLM STREET ASSOCIATES LP,

        Defendants.
```
-----------------------------------------------------------------x
```
SUNAMERICA HOUSING FUND 682, A NEVADA
LIMITED PARTNSHIP and SLP HOUSING I LLC,
        Third-Party Plaintiffs,

   - against –

420 STOCKHOLM CORP.,

        Third-Party Defendant.
```
-----------------------------------------------------------------x
```

**ORDER**

18-cv-7261 (RJD) (VMS)

DEARIE, District Judge

    By letter application, Plaintiff asks the Court to certify its Order of August 31, 2020, Dkt. No. 59, for interlocutory appeal. Defendants do not object. The application is granted. The Court's order of August 31, 2020, "involves a controlling question of law as to which there is substantial ground for difference of opinion and . . . an immediate appeal from [such] order may materially advance the ultimate termination of this litigation." See 28 U.S.C. § 1292(b).

SO ORDERED.

Dated: September 18, 2020
Brooklyn, NY

        /s/ Raymond J. Dearie
        Raymond J. Dearie
        United States District Judge