```
&%RPCourt Name: Eastern District of New York

Division: 1
Receipt Number: 4653154419
Cashier ID: jguzman
Transaction Date: 01/12/2021
Payer Name: GOLDENSTEIN HALL PLLC
--------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: GOLDENSTEIN HALL PLLC
 Case/Party: D-NYE-1-18-CV-007621-001
 Amount:         $505.00
--------------------------------
PAPER CHECK CONVERSION
 Amt Tendered:  $505.00
--------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00
```