UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RISEBORO COMMUNITY PARTNERSHIP INC., formerly known as RIDGEWOOD BUSHWICK SENIOR CITIZENS COUNCIL, INC.,<br><br>Plaintiff,<br><br>- against -<br><br>SUNAMERICA HOUSING FUND 682, A NEVADA LIMITED PARTNERSHIP; SLP HOUSING I LLC; and 420 STOCKHOLM STREET ASSOCIATES LP,<br><br>Defendants.<br><br>SUNAMERICA HOUSING FUND 682, A NEVADA LIMITED PARTNERSHIP and SLP HOUSING I LLC,<br><br>Third-Party Plaintiffs,<br><br>- against -<br><br>420 STOCKHOLM CORP.,<br><br>Third-Party Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Case No.: 18-cv-07261-RJD VMS |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the attorneys of record for all parties that have appeared in this action, that Plaintiff hereby dismisses the above-entitled action as against Defendants, with prejudice and without costs to any party pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Defendants hereby dismiss all counterclaims and third-party claims with prejudice and without costs to any party pursuant to Rule 41(c) of the Federal Rules of Civil Procedure.

Dated: June 30, 2022

**GOLDSTEIN HALL PLLC**

By: _____
     Brian J. Markowitz

80 Broad Street, Suite 303
New York, New York 10004
Telephone: (646) 768-4100
bmarkowitz@goldsteinhall.com

*Attorneys for Plaintiff*

Dated: June 30, 2022

**NIXON PEABODY LLP**

By: _____
Louis E. Dolan, Jr.
Vernon W. Johnson, III
799 9th Street NW, Suite 500
Washington, DC 20001-5327
Telephone: (202) 585-8000
ldolan@nixonpeabody.com
vjohnson@nixonpeabody.com

and

Erik A. Goergen
40 Fountain Plaza, Suite 500
Buffalo, NY 14202-2224
Telephone: (716) 853-8118
egoergen@nixonpeabody.com

*Counsel for Defendants SunAmerica Housing Fund No. 682, A Nevada Limited Partnership and SLP Housing I, LLC*